UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| STEPHEN BAIN,  :  Plaintiff  :   : | |
| v.   : | File No. 1:06-CV-222 |
|   : SUSAN WEHRY, et al.,  :  Defendants  : | |

### ORDER

The Magistrate Judge's Report and Recommendation was filed June 4, 2008. (Paper 55.) After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1). Plaintiff's requests for a protective order, a transport order and other injunctive relief (Papers 38, 41, 46 and 50) are DENIED.

This matter is returned to Magistrate Judge Niedermeier for further proceedings.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 9th day of July, 2008.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge