```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                        DISTRICT OF VERMONT
```

```
STEPHEN BAIN,                        :
        Plaintiff                    :
                                     :
     v.                              :   File No. 1:06-CV-00222-jgm
                                     :
ROBERT HOFMANN, DR. SUSAN            :
WEHRY, DR. PAMELA PEDERSEN,          :
DR. JOHN LEPPMAN, DR. ERIN           :
CODY, DR. MARC KUTLER, DR.           :
AUDREY KERN, DR. SCOTT               :
STRENIO, DR. STEPHEN HERTFORD,       :
DR. MICHAEL ROUSSE, TOM BUCK,        :
P.A., CORRECTIONAL MEDICAL           :
SERVICES, PRISON HEALTH              :
SERVICES, INC., JOHN AND JANE        :
DOE MEDICAL PROVIDERS,               :
        Defendants                   :
```

## ORDER

The Magistrate Judge's Report and Recommendation was filed August 26, 2010. (Doc. 94.) After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1). Defendants' motion for summary judgment (Doc. 76) is GRANTED and this case is DISMISSED. The Court notes with regard to Section III of the Report and Recommendation that Bain has not come forward with any evidence beyond his allegations in support of his claim.

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous. See 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 29th day of September, 2010.

>
> /s/ J. Garvan Murtha
> Honorable J. Garvan Murtha
> Senior United States District Judge